Exhibit 1

# 001 Feng Yang Company

11/24/25, 7:24 PM Amazon.com: loveimgs Women's Summer Sleeveless Tie Knot Strap Floral Print Romper Shorts Wide Leg Jumpsuits Overalls (X-...

amazon [redacted]

Amazon Fashion

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits

Update payment method



Visit the loveimgs Store

loveimgs Women's Summer Sleeveless Tie Knot Strap Floral Print Romper Shorts Wide Leg Jumpsuits Overalls

$24.49

Color: Blue

Size: X-Small

X-Small | Small | Medium | Large | X-Large | XX-Large

**Product details**

| | |
|---|---|
| Fabric type | 30%cotton, 70%polyester |
| Care instructions | Machine Wash |
| Origin | Imported |

$24.49

FREE delivery December 11 - 22. Details

Deliver to [redacted]

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to Cart

Buy Now

Ships from / Seller: Feng Yang Company

Add to List

11/24/25, 7:25 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method

Join Prime

Arriving Dec 11, 2025 - Dec 22, 2025



loveimgs Women's Summer Sleeveless Tie Knot Strap Floral Print Romper Shorts Wide Leg Jumpsuits Overalls (X-Small, Blue)

$24.49

Ships from Feng Yang Company

Sold by Feng Yang Company

Free Delivery Thursday, Dec 11 - Monday, Dec 22 FREE

Gift options not available

Place your order

**Order total: $54.86**

Place your order

# VA 2-423-353



# Order Summary

Order placed May 8, 2026 | Order # 113-5284237-6262627

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $24.88 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $24.88 |
| Estimated tax to be collected: | $2.55 |
| **Grand Total:** | **$27.43** |

## Arriving May 26 - June 3



loveimgs Women's Summer Sleeveless Tie Knot Strap Floral Print Romper Shorts Wide Leg Jumpsuits Overalls (X-Small, Blue)

Sold by: Feng Yang Company

Supplied by: Other

$24.88

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 002 FEILUMAOYI







VA 2-423-353



# Order Summary

Order placed May 8, 2026 | Order # 113-5858502-1957822

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $42.75 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $42.75 |
| Estimated tax to be collected: | $4.38 |
| **Grand Total:** | **$47.13** |

## Arriving May 22 - June 3



GUFEIFEI Women's Floral Print Sleeveless Jumpsuit with Pockets, V-Neck Loose Fit Romper, White with Pink Purple Blue Flowers, Cotton Linen Blend(Grey,L)

Sold by: FEILUMAOYI

Supplied by: Other

$42.75

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

003 BlazeLink







VA 2-423-353



# Order Summary

Order placed May 8, 2026 | Order # 113-2767076-3826606

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $30.01 |
| Shipping & Handling: | $2.99 |
| Total before tax: | $33.00 |
| Estimated tax to be collected: | $3.08 |
| **Grand Total:** | **$36.08** |

## Arriving May 27 - June 5



IVERIRMIN Womens Boho Floral Tied Adjustable Strap Bib Overall Shorts Loose Rompers Sleeveless Jumpsuits One Piece Outfits

Sold by: BlazeLink

Supplied by: Other

$30.01

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 004 Cenjine

13/05/2026, 11:14 Amazon.com: IVERIRMIN Womens Boho Floral Tied Adjustable Strap Bib Overall Shorts Loose Rompers Sleeveless Jumpsuits O...

amazon | Search Amazon | Returns & Orders | Cart

Amazon Fashion



IVERIRMIN Womens Boho Floral Tied Adjustable Strap Bib Overall Shorts Loose Rompers Sleeveless Jumpsuits One Piece Outfits

$28.01

FREE Returns

Color: Grayish Blue

Size: 3X-Large

Small | Medium | Large | X-Large | XX-Large | 3X-Large

Size chart

Product details

Top highlights

| | |
|---|---|
| Fabric type | 85% Polyester, 5% Spandex |
| Care instructions | Machine Wash |
| Origin | Imported |

About this item

In stock

Usually ships within 4 to 5 days

Quantity: 1

Add to cart

Buy Now

Add to List

Other sellers on Amazon

13/05/2026, 11:18 Place Your Order - Amazon Checkout

amazon Secure checkout

Delivering to Oe-Oe

Add delivery instructions

Change

Paying with Visa [redacted]

Use a gift card, voucher, or promo code

Change

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method.

Special Offer

Oe-Oe, we're giving you a 7-day trial of Prime for only $1.99

Free delivery, award-winning TV, exclusive deals, and more

Join Prime

Arriving May 29, 2026 - Jun 9, 2026



IVERIRMIN Womens Boho Floral Tied Adjustable Strap Bib Overall Shorts Loose Rompers Sleeveless Jumpsuits One Piece Outfits

$28.01

& FREE Returns

Ships from Cenjine

Sold by Cenjine

Gift options not available

Friday, May 29 - Tuesday, Jun 9

$2.99 Delivery

Oe-Oe, enjoy a 7-day trial of Prime for only $1.99!

Join Prime

Place your order

# VA 2-423-353



# Order Summary

Order placed May 13, 2026 | Order # 114-3226973-5285828

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $28.01 |
| Shipping & Handling: | $2.99 |
| Total before tax: | $31.00 |
| Estimated tax to be collected: | $2.87 |
| **Grand Total:** | **$33.87** |

## Arriving June 1 - June 10



IVERIRMIN Womens Boho Floral Tied Adjustable Strap Bib Overall Shorts Loose Rompers Sleeveless Jumpsuits One Piece Outfits

Sold by: Cenjine

Supplied by: Other

$28.01

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 005 Valkyee

11/24/25, 7:30 PM Amazon.com: Ethnic Baggy Short Jumpsuits Women's Loose Printed Adjustable Straps Bib Overalls Casual Wide Leg Pants Rom...

amazon [redacted]

Amazon Fashion

Your Prime membership is paused due to a billing issue

Rejoin with a valid payment method to regain access to your Prime benefits

Update payment method



Ethnic Baggy Short Jumpsuits Women's Loose Printed Adjustable Straps Bib Overalls Casual Wide Leg Pants Rompers

$18.99

Price history

Color: Grey

Size: Small

Small | Medium | Large | X-Large | XX-Large | 3X-Large

Size Chart

Product details

Fabric type 80% Polyester, 20% Spandex

$18.99

FREE delivery December 9 - 16. Details

Delivering to [redacted]

In Stock

Quantity: 1

Add to Cart

Buy Now

amazon business

11/24/25, 7:31 PM Place Your Order - Amazon Checkout

amazon Secure checkout

Delivering to [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

Paying with Mastercard [redacted]

Use a gift card, voucher, or promo code

Change

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method.

Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.

Prime is just $14.99/month. Cancel anytime.

Join Prime

Arriving Dec 9, 2025 - Dec 16, 2025



Ethnic Baggy Short Jumpsuits Women's Loose Printed Adjustable Straps Bib Overalls Casual Wide Leg Pants Rompers

$18.99

Ships from Valkyee

Sold by Valkyee

Gift options not available

FREE delivery Tuesday, Dec 9 - Tuesday, Dec 16 FREE

Standard Wednesday, Dec 3 - Friday, Dec 5 $29.99

Place your order

Order total: $20.94

Join Prime for $14.99/month and get immediate access to benefits

Join Prime

Place your order

# VA 2-423-353



# Order Summary

Order placed May 8, 2026 | Order # 113-1968613-0497865

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $18.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $18.99 |
| Estimated tax to be collected: | $1.95 |
| **Grand Total:** | **$20.94** |

## Arriving May 21 - June 2



Ethnic Baggy Short Jumpsuits Women's Loose Printed Adjustable Straps Bib Overalls Casual Wide Leg Pants Rompers

Sold by: Valkyee

Supplied by: Other

$18.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 006 QZXYUAN

3/25/26, 1:26 PM Womens Summer Tops 2025 Short Sleeve V Neck Button Down Shirts Vintage Vacation Casual Outfit Basic Tees Blues Large at A...

amazon

Amazon Fashion



Brand: QZXYUAN

Womens Summer Tops 2025 Short Sleeve V Neck Button Down Shirts Vintage Vacation Casual Outfit Basic Tees

$5

FREE Returns

Size: Large

Small | Medium | Large | X-Large | XX-Large | 3X-Large

Size Chart

**Product details**

**Top highlights**

| | |
|---|---|
| **Fabric type** | 95% Polyester, 5% Spandex |
| **Care instructions** | Machine Wash |
| **Origin** | Imported |

$5

In Stock

Quantity: 1

Add to cart

Buy Now

Ships from / Seller QZXYUAN

Add to List

3/25/26, 1:27 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to aO**

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get Fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

**Arriving Apr 7, 2026 - Apr 16, 2026**



Womens Summer Tops 2025 Short Sleeve V Neck Button Down Shirts Vintage Vacation Casual Outfit Basic Tees Blues Large

$5.89

FREE Returns

Ships from QZXYUAN

Sold by QZXYUAN

Tuesday, Apr 7 - Thursday, Apr 16

$6.99 - Delivery

Gift options not available

Place your order

**Order total: $13.26**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0**

Try Prime free

Place your order

# VA 2-423-353



# Order Summary

Order placed May 8, 2026 | Order # 113-5464855-7159429

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $5.69 |
| Shipping & Handling: | $6.99 |
| Total before tax: | $12.68 |
| Estimated tax to be collected: | $0.58 |
| **Grand Total:** | **$13.26** |

## Arriving May 21 - June 2



Womens Summer Tops 2025 Short Sleeve V Neck Button Down Shirts Vintage Vacation Casual Outfit Basic Tees Blues Large
Sold by: QZXYUAN
Supplied by: Other
$5.69

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 007 EDSFQ

3/25/26, 1:29 PM Amazon.com: Women Short Sleeve Tops,Women's Floral Print V-Neck Short Sleeve Casual T-Shirt Comfortable Summer Top for D...

amazon

Amazon Fashion



Women's Floral Print V-Neck Short Sleeve Casual T-Shirt Comfortable Summer Top for Daily Wear

$11.99

FREE Returns



Size: X-Large

Small | Medium | Large | X-Large | XX-Large | 3X-Large

Product details

Top highlights

Fabric type

$11.99

In Stock

Quantity: 1

Add to cart

Buy Now

Add to List

3/25/26, 1:30 PM Place Your Order - Amazon Checkout

amazon Secure checkout

Delivering to oO

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Congratulations [redacted] you are eligible for 30 days of Prime for $0

Try Prime free

Place your order

Paying with Mastercard [redacted]

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get Fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Arriving Apr 7, 2026 - Apr 16, 2026



Tuesday, Apr 7 - Thursday, Apr 16

Gift options not available

Place your order

Order total: $14.76

# VA 2-423-353



# Order Summary

Order placed May 8, 2026 | Order # 113-9829151-0885825

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $11.58 |
| Shipping & Handling: | $1.99 |
| Total before tax: | $13.57 |
| Estimated tax to be collected: | $1.19 |
| **Grand Total:** | **$14.76** |

## Arriving May 21 - June 2



Women Short Sleeve Tops,Women's Floral Print V-Neck Short Sleeve Casual T-Shirt Comfortable Summer Top for Daily Wear (X-Large,03-Royal Blue)

Sold by: EDSFQ

Supplied by: Other

$11.58

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

008 DPKLAD




3/25/26, 1:33 PM Place Your Order - Amazon Checkout




VA 2-423-353



# Order Summary

Order placed May 8, 2026 | Order # 113-2178775-7254658

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $14.99 |
| Shipping & Handling: | $8.99 |
| Total before tax: | $23.98 |
| Estimated tax to be collected: | $1.54 |
| **Grand Total:** | **$25.52** |

## Arriving May 21 - June 2



Womens Sundresses,Spring Dresses for Women 2026,Maxi Dresses for Women 2026 Summer Ruffle Short Sleeve Floral V Neck Flowy Maxi Dress Print Long Dress,Black

Sold by: DPKLAD

Supplied by: Other

$14.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 009 Yuquiin







VA 2-423-353



# Order Summary

Order placed May 8, 2026 | Order # 113-7498291-7570638

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $31.99 |
| Shipping & Handling: | $9.99 |
| Total before tax: | $41.98 |
| Estimated tax to be collected: | $3.28 |
| **Grand Total:** | **$45.26** |

## Arriving May 27 - June 5



Vafect Womens Grey Boho Abstract Print Long Sleeve Maxi Dresses Trendy Oversized Casual Loose Tunic Dress

Sold by: Yuquiin

Supplied by: Other

$31.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

010 ANYI1106

3/25/26, 1:38 PM Women 2024 Maxi Casual Dresses Floral Dress Summer Flowy Boho Short Sleeve Long Trendy Beach Vacation Clothing at Amaz...

Amazon Fashion



Women 2024 Maxi Casual Dresses Floral Dress Summer Flowy Boho Short Sleeve Long Trendy Beach Vacation Clothing

$33.71

Price history

FREE Returns

Color: J07-black

Size: X-Large

Small | Medium | Large | X-Large | XX-Large

**Product details**

**Top highlights**

| | |
|---|---|
| Fabric type | 80% cotton/20% Spandex |
| Care instructions | Hand Wash Only |
| Origin | Imported |
| Neck style | Crew Neck |

**About this item**

$33.71

FREE delivery April 17 - 27

In Stock

Quantity: 1

Add to cart

Buy Now

Add to List

3/25/26, 1:38 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to oO**

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Change

**Paying with Mastercard** [redacted]

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get Fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

**Arriving Apr 17, 2026 - Apr 27, 2026**

Women 2024 Maxi Casual Dresses Floral Dress Summer Flowy Boho Short Sleeve Long Trendy Beach Vacation Clothing

$33.71

Ships from ANYI1106

Friday, Apr 17 - Monday, Apr 27

FREE Delivery

Gift options not available

Place your order

**Order total: $37.17**

Congratulations [redacted] you are eligible for 30 days of Prime for $0

Try Prime free

Place your order

**VA 2-423-353**



# Order Summary

Order placed May 8, 2026 | Order # 113-5535647-6380256

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $33.71 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $33.71 |
| Estimated tax to be collected: | $3.46 |
| **Grand Total:** | **$37.17** |

## Arriving June 3 - June 11



Women 2024 Maxi Casual Dresses Floral Dress Summer Flowy Boho Short Sleeve Long Trendy Beach Vacation Clothing

Sold by: ANYI1106

Supplied by: Other

$33.71

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

011 Lomonshop

3/25/26, 1:41 PM LOMON Spring Tops for Women 2026 3/4 Sleeve Women's Tops Business Outfits for Women Tshirts Loose Fit Work Shirts Busines...




3/25/26, 1:43 PM Place Your Order - Amazon Checkout




VA 2-423-353



# Order Summary

Order placed May 8, 2026 | Order # 113-9432110-7388236

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $19.98 |
| Shipping & Handling: | $6.99 |
| Free Shipping: | -$6.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $2.05 |
| **Grand Total:** | **$22.03** |

## Arriving Wednesday



LOMON Spring Tops for Women 2026 3/4 Sleeve Women's Tops Business Outfits for Women Tshirts Loose Fit Work Shirts Business Casual Flowy 3X

Sold by: Lomonshop

Supplied by: Other

$19.98

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

012 Ruziyoog Online Store







VA 2-423-353



# Order Summary

Order placed May 8, 2026 | Order # 113-6042858-1252254

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $10.00 |
| Shipping & Handling: | $4.99 |
| Total before tax: | $14.99 |
| Estimated tax to be collected: | $1.03 |
| **Grand Total:** | **$16.02** |

## Arriving May 20 - June 1



Womens Casual Pullover Tops Fashion Print Long Sleeve Crew Neck Basic Tee Shirts Fall Loose Light Weight Sweatshirts

Sold by: Ruziyoog Online Store

Supplied by: Other

$10.00

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

013 Yapyy(6-12 Day Delivery)









# Order Summary

Order placed May 8, 2026 | Order # 113-6708887-2025048

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $13.99 |
| Total before tax: | $22.98 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$23.90** |

## Arriving May 20 - May 26



Generic Rompers for Women Summer Short Jumpsuits Overalls Dressy Casual Sleeveless Boho Suspenders Jumpsuit with Pocket, 3X-Large, 04-blue

Sold by: Yapyy(6-12 Day Delivery)

Supplied by: Other

$8.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

014 usRaphin

08/05/2026, 12:17 Rapbin Women's V Neck Tops Womens Tunic Tops for Leggings Dressy Casual Trendy Cute Summer Vacation Outfits at Amazon ...




08/05/2026, 12:18 Place Your Order - Amazon Checkout




VA 2-423-353



# Order Summary

Order placed May 8, 2026 | Order # 113-1811701-8610610

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $19.99 |
| Shipping & Handling: | $6.99 |
| Free Shipping: | -$6.99 |
| Total before tax: | $19.99 |
| Estimated tax to be collected: | $2.05 |
| **Grand Total:** | **$22.04** |

## Arriving Wednesday



Rapbin Women's V Neck Tops Womens Tunic Tops for Leggings Dressy Casual Trendy Cute Summer Vacation Outfits

Sold by: usRaphin

Supplied by: Other

$19.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

015 SZ Kistore







VA 2-423-353



# Order Summary

Order placed May 8, 2026 | Order # 113-0993055-6168267

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $17.99 |
| Shipping & Handling: | $6.99 |
| Free Shipping: | -$6.99 |
| Total before tax: | $17.99 |
| Estimated tax to be collected: | $1.84 |
| **Grand Total:** | **$19.83** |

## Arriving Wednesday



Kistore Ladies Tops for Women V Neck Business Work Blouses Fashion Floral Print Shirt Loose Basic Tee Gradient Green L

Sold by: SZ Kistore

Supplied by: Other

$17.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

016 YXSMYXGS

08/05/2026, 12:10 Amazon.com : HKNNSDEED Pillowcase Washed Cotton , Pillow Cover , 未处理 Gray and Gold Metallic Abstract Pillow Covers ...

amazon | Chicago 60604 | Search Amazon | EN | Hello, Oo-Oo Account & Lists | Returns & Orders | Cart

All | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Audible | Buy Again | Pet Supplies | Beauty & Personal Care | Browsing History | Handmade | Subscribe & Save | Pharmacy

amazon renewed Save on pro-loved video games



Click to see full view

Pillowcase Washed Cotton , Pillow Cover , 未处理 Gray and Gold Metallic Abstract Pillow Covers Cases Pattern Cover Cushion Pillowcase Square Print(45x45cm)

Brand: HKNNSDEED

$257.75

FREE Returns

| | |
|---|---|
| Color | 0 |
| Brand | HKNNSDEED |
| Number of Items | 1 |
| Number of Pieces | 1 |
| Manufacturer | HKNNSDEED |

About this item

- Hidden zipper closure,Pattern just on side.
- Made of Cotton and Linen, Soft and comfortable.
- Create stylish comfort on sofa,couch,floor,bench or bed.
- Cushion Cover ONLY (NO Insert) No Filler.
- Rest peacefully with our cotton blend best pillows for bed, thoughtfully made from a soft, breathable blend of cotton and polyester. These medium-support pillows offer durability and cool comfort, helping you relax through the night.

See more product details

$257.75

FREE delivery May 21 - June 2.

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to cart

Buy Now

Ships from | Seller YXSMYXGS

Add to Auto Buy

Add to List

08/05/2026, 12:14 Place Your Order - Amazon Checkout

amazon Secure checkout Cart

Delivering to Oo-Oo

Change

Paying with Visa [redacted]

Change

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method.

Special Offer

Oo-Oo, we're giving you a 7-day trial of Prime for only $1.99

Free delivery, award-winning TV, exclusive deals, and more

Join Prime

Arriving May 21, 2026 - Jun 2, 2026



HKNNSDEED Pillowcase Washed Cotton , Pillow Cover , 未处理 Gray and Gold Metallic Abstract Pillow Covers Cases Pattern Cover Cushion Pillowcase Square Print(45x45cm)

$257.75

FREE Returns

Thursday, May 21 - Tuesday, Jun 2

FREE Delivery

Gift options not available

VA 2-423-373



# Order Summary

Order placed May 8, 2026 | Order # 113-1023467-9802606

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $257.75 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $257.75 |
| Estimated tax to be collected: | $26.42 |
| **Grand Total:** | **$284.17** |

## Arriving May 22 - June 3



HKNNSDEED Pillowcase Washed Cotton， Pillow Cover， 未处理 Gray and Gold Metallic Abstract Pillow Covers Cases Pattern Cover Cushion Pillowcase Square Print(45x45cm)

Sold by: YXSMYXGS

Supplied by: Other

$257.75

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

017 HaoZhongZhaungShiPinDian









# Order Summary

Order placed May 13, 2026 | Order # 114-4755185-2105012

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $38.89 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $38.89 |
| Estimated tax to be collected: | $3.99 |
| **Grand Total:** | **$42.88** |

## Arriving May 26 - June 3



Cuadro de arte de pared de lienzo, línea rosa-gris, pintura de lienzo, arte de humo azul dorado, impresiones en lienzo, carteles 70x105m sin marco

Sold by: HaoZhongZhaungShiPinDian

Supplied by: Other

$38.89

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

018 Sankoly







VA 2-423-373



# Order Summary

Order placed May 8, 2026 | Order # 113-7983547-3270614

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.47 |
| Shipping & Handling: | $3.99 |
| Total before tax: | $8.46 |
| Estimated tax to be collected: | $0.46 |
| **Grand Total:** | **$8.92** |

## Arriving May 18 - May 20

Ordered on Amazon Haul



12 PCS 3D Marble Refrigerator Magnets – Round Heavy Duty Magnets for Photos, Notes & Whiteboard, Gilded Sand Design for Home & Office

Sold by: Sankoly

Supplied by: Other

$4.47

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

019 Zeaye US

25/03/2026, 12:01 Amazon.com: 12Pcs Glass Strong Magnetic Refrigerator Magnet Fridge Sticker Marble Crystal Decoration Office Whiteboard Cabi...




25/03/2026, 12:02 Place Your Order - Amazon Checkout




VA 2-423-373



# Order Summary

Order placed May 8, 2026 | Order # 113-4882105-0776261

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.79 |
| Shipping & Handling: | $3.99 |
| Total before tax: | $10.78 |
| Estimated tax to be collected: | $0.70 |
| **Grand Total:** | **$11.48** |

## Arriving May 18 - May 20

Ordered on Amazon Haul



12Pcs Glass Strong Magnetic Refrigerator Magnet Fridge Sticker Marble Crystal Decoration Office Whiteboard Cabinet and Dishwasher

Sold by: Zeaye US

Supplied by: Other

$6.79

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

020 AXVI







VA 2-423-373



# Order Summary

Order placed May 29, 2026 | Order # 113-9091431-8625864

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in 5204

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $1.63 |
| Shipping & Handling: | $3.99 |
| Total before tax: | $5.62 |
| Estimated tax to be collected: | $0.17 |
| **Grand Total:** | **$5.79** |

## Arriving June 8 - June 10

Ordered on Amazon Haul



12Pcs Glass Magnetic Fridge Magnets - Marble Crystal Decor for Kitchen, Whiteboard & Office

Sold by: AXVI

Supplied by: Other

$1.63

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

021 YrdoOneline







VA 2-423-373



# Order Summary

Order placed May 29, 2026 | Order # 113-3615643-7042639

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in 5204

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.99 |
| Shipping & Handling: | $6.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$18.00** |

## Arriving Monday



Bllavie 12PCS Marble Refrigerator Magnets, Modern Glass Fridge Magnets for Whiteboard, Aesthetic Round Magnets 1.18 Inch Holds 4 Sheets A4 Paper, Non Scratch for Kitchen Office Home Decor (Marble)

Sold by: YrdoOneline

Supplied by: Other

$9.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

022 ESTIVAUX







VA 2-423-373



# Order Summary

Order placed May 29, 2026 | Order # 113-2597523-7533859

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in 5204

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.99 |
| Shipping & Handling: | $6.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$18.00** |

## Arriving Monday



12 Pcs Marble Fridge Magnets Set, Rock Texture Decorative Refrigerator Magnets with Strong Hold for Whiteboard Locker Kitchen Office Gift Idea

Sold by: ESTIVAUX

Supplied by: Other

$9.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

023 chunmanju official

25/03/2026, 14:33 QATAINLAV Womens Summer Tops Casual Eyelet Embroidery Tshirts Loose Fit Button V Neck Henley Shirts Trendy Gradient Pri...




25/03/2026, 14:36 Review your order - Walmart.com

1. Shipping, arrives between Sat, Apr 4–Wed, Apr 8

[redacted] Edit

111 Jackson Blvd, CHICAGO IL 60604-3589, Chicago, IL, 60604

Delivery instructions

Gate codes or other useful information Edit

House

Items details Hide details

Arrives between Sat, Apr 4 – Wed, Apr 8 1 item

Sold and shipped by chunmanju official

$2.99 seller shipping fee



QATAINLAV Womens Summer Tops Casual Eyelet Embroidery Tshirts Loose Fit Button V Neck Henley...

Actual Color: Black, Clothing Size: L

$13.00

Remove − 1 +

2. Payment method

Subtotal (1 item) $13.00

Seller shipping $2.99

Estimated taxes $1.64

Estimat

Have a pro

VA 2-423-353



Search everything at Walmart online and in store

Reorder **My Items** | Hi, O O **Account** | 0 $0.00

**Departments** | **Services**

My account / Purchase history / **Order details**

1

# Hi, O

**Account**

**Home**

Purchase history

Walmart+

My savings

Walmart Cash

Messages **(1 New)**

**My items**

Reorder

Lists

Subscriptions

Registry

Protection plans

**My profile**

Reviews 2 items to review

Pets

Vehicles

Recipes

Giving & impact

**Other Accounts**

Pharmacy

Photo

**Settings**

**Sign Out**

## May 10, 2026 order | Order# 2000147-39749018

Print invoice

Delivery

**Arrives between Fri, May 22 - Thu, May 28**

Sold and shipped by chunmanju official

Placed — Preparing — On the way — Delivered

**1 item**



QATAINLAV Womens Summer Tops Casual Eyelet Embroidery Tshirts Loose Fit Button V... **$13.00**

Actual Color: Black

Clothing Size: L

Qty 1

Contact seller to ask about your order

**Need to make a change?**

You won't be able to make changes when your shipment starts being prepared.

Edit payment method

Contact seller

Change delivery address

Cancel delivery

Need more help? Visit our help center.

Delivery

**Address**

[redacted]

1111 West 35th Street, 15th floor,
Chicago, IL 60609

**Delivery instructions**

Apartment, special code 1126

We'll leave your order at the door

**Payment method**

VISA **Ending in** [redacted]

| | |
|---|---|
| **Subtotal** | **$13.00** |
| Shipping | $2.99 |
| Tax | $1.64 |
| **Total** | **$17.63** |

**Charge history**

Your transaction activity for this order

Order# 2000147-39749018

Cancel order

024 MMJYEL

25/03/2026, 14:44 USSUMA Long Sleeve Women Tops Dressy Casual Loose Cute Basic Trendy T-Shirt Shirts Oil Painting Vintage Colorful Print Tuni...



25/03/2026, 14:46 Review your order - Walmart.com

1. Shipping, arrives between Wed, Apr 8–Wed, Apr 15

[redacted] Edit

111 Jackson Blvd, CHICAGO IL 60604-3589, Chicago, IL 60604

Delivery instructions

Gate codes or other useful information Edit

House

Items details Hide details

Arrives between Wed, Apr 8 – Wed, Apr 15 1 item

Sold and shipped by MMJYEL

$5.99 seller shipping fee

USSUMA Long Sleeve Women Tops Dressy Casual Loose Cute Basic Trendy T-Shirt Shirts Oil Painting...

Actual Color: Gray blouse tops for women, Clothing

Size: XXL

$1.00 from savings

$5.99

$6.99

Remove − 1 +

Subtotal (1 item) $6.99

Savings -$1.00

$5.99

Seller shipping $5.99

Estimated t

Estimat

Have a prom

VA 2-423-353



Search everything at Walmart online and in store

Reorder **My Items** Hi, O O **Account** 0 $0.00

**Departments** **Services**

My account / Purchase history / **Order details**

# Hi, O

**Account**

**Home**
Purchase history
Walmart+
My savings
Walmart Cash
Messages **(1 New)**

**My items**
Reorder
Lists
Subscriptions
Registry
Protection plans

**My profile**
Reviews 2 items to review
Pets
Vehicles
Recipes
Giving & impact

**Other Accounts**
Pharmacy
Photo

**Settings**

**Sign Out**

## May 10, 2026 order | Order# 2000149-13993511

Print invoice

Freight shipping
**Arrives between Thu, May 21 - Tue, May 26**

Sold and shipped by MMJYEL

Placed — Preparing — On the way — Delivered

**1 item**



USSUMA Long Sleeve Women Tops Dressy Casual Loose Cute Basic Trendy T-Shirt Shirts... **$5.99**
Actual Color: Gray blouse tops for women
Clothing Size: XXL
Qty 1

Contact seller to ask about your order

**Need to make a change?**
You won't be able to make changes when your shipment starts being prepared.

- Edit payment method
- Contact seller
- Change delivery address
- Cancel delivery
- Need more help? Visit our help center.

Freight shipping

**Address**
[redacted]
1111 West 35th Street, 15th floor,
Chicago, IL 60609

**Delivery instructions**
Apartment, special code 1126
We'll leave your order at the door

**Payment method**
VISA **Ending in** [redacted]

| | |
|---|---|
| **Subtotal** | **$5.99** |
| Shipping | $5.99 |
| Tax | $1.23 |
| **Total** | **$13.21** |

**Charge history**
Your transaction activity for this order

Order# 2000149-13993511

Cancel order

## 025 trendynewlook.com

3/26/26, 10:05 AM

Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors)





Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors)

$37.49

Color: Blue Grey

Size: S

S M L XL 2XL 3XL 4XL 5XL

Quantity

− 1 +

Add to cart - $37.49

Buy now

**trendynewlook**

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | Change |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States | |
| Method | Standard Shipping | Change |

**Add tip**

| 5% | 10% | 15% | Custom | None |
|---|---|---|---|---|

Thank you, we appreciate it

Payment method

All transactions are secure and encrypted

G Pay Google Pay

G Pay Google Pay

Credit Card

PayPal

Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) $37.49

Color: Blue Grey

Size: S

Gift Card / Coupon Code | Apply

Subtotal $37.49

Shipping + $7.99

Total

**VA 2-423-353**



**广州佳诚科技发展有限公司**
26 March 2026 . Payment

**−$45.48 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$45.48 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

06935091JH717000N

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

2009355197698398698677

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) / Blue Gray-S<br>Product ID: HL3942-2-S | $37.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$45.48 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

026 infocernch.com







VA 2-423-353



**Hainan Qiankun Trade & Investment Group Co., Ltd**
26 March 2026 . Payment

**−$37.00 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *QIANKUNTRAD5YYL" on your card statement.

$37.00 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

56Y12246YE012510N

**Seller info**

Hainan Qiankun Trade & Investment Group Co., Ltd
+86 13389831520
**xuecaikeji@qq.com**

**Invoice ID**

160111-489406

**Order summary**



| | |
|---|---|
| 3693271<br>Product ID: BS108629ABL | $37.00 USD |
| **Total** | **$37.00 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

027 dressupx.com







VA 2-423-353



**广州佳诚科技发展有限公司**
26 March 2026 . Payment

**−$45.48 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$45.48 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4KK93252R95111417

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

19070411976989 97279207

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) / Blue Gray-S<br>Product ID: HL3942-2-S | $37.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$45.48 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

028 baeswimsuit.com







VA 2-423-353



**广州佳诚科技发展有限公司**
26 March 2026 . Payment

**−$44.48 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$44.48 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

8XP23416CE474601T

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

657267-BAEFTD84099

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) / Blue Gray-S<br>Product ID: HL3942-2-S | $37.49 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$44.48 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

029 ootdstyle.com

3/26/26, 10:42 AM Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors)

Ootdstyle

Home NEW ARRIVALS DRESSES BEST SELLERS CLOTHING DENIM SHOES ACCESS JEWELRY



Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors)

$37.49

Color: Blue Gray

Size: S

S M L XL 2XL 3XL 4XL 5XL

Quantity

1

Add to cart

Buy now

Description

ootdstyle

Information > Shipping > Payment

Contact [redacted] New Change

Ship to 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States

Method Standard Shipping Change

Add tip

| 5% | 10% | 15% | Custom | None |
|---|---|---|---|---|

Thank you, we appreciate it

Payment method

Google Pay

Google Pay

Credit Card

PayPal Pay by credit card or debit card through PayPal

Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) $37.49
Color: Blue Gray
Size: S

Gift Card / Coupon Code Apply

Subtotal $37.49

Shipping

Total

VA 2-423-353



**Strolling Fashion Trading Limited**
26 March 2026 . Payment

**−$45.48 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *STROLLINGFA STR" on your card statement.

$45.48 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

64E27689NT911734K

**Seller info**

Strolling Fashion Trading Limited
+852 46174639
**payment@ootdnova.com**

**Invoice ID**

2283986197699339513238

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) / Blue Gray-S<br>Product ID: HL3942-2-S | $37.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$45.48 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

030 sheenlook.com

3/26/26, 10:48 AM Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors)

sheenlook





Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors)

$37.49

Add to cart · $37.49

Buy it now

Description

sheenlook

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | New Change |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States | |
| Method | Standard Shipping(7-12Days) | Change |

Payment method

All transactions are secure and encrypted.

G Pay Google Pay

Credit Card

PayPal Pay by credit card or debit card through PayPal

You will be redirected to PayPal or credit/debit card to complete your purchase securely.



Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) $37.49
Color: Blue Gray
Size: S

Gift Card / Coupon Code Apply

Subtotal $37.49

Shipping

Total

VA 2-423-353



**Strolling Fashion Trading Limited** **−$45.48 USD**
26 March 2026 . Payment

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted] $45.48 USD
You'll see "PAYPAL *STROLLINGFA STR" on your card statement.

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5TS110997M638034R

**Seller info**

Strolling Fashion Trading Limited
+852 46174639
**payment@ootdnova.com**

**Invoice ID**

2412460197699467209359

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) / Blue Gray-S<br>Product ID: HL3942-2-S | $37.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$45.48 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

031 chiccharmy.com

3/26/26, 10:10 AM Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) – Chiccharmy

Chiccharmy





CASUAL PRINT PATCHWORK POCKET U NECK LOOSE JUMPSUITS(10 COLORS)

$37.48 USD

Color

Khaki | Blue Grey | Purple | Ink Green | Yellow | Grey | Light Green | Light Pink | White | Black

Size

S | M | L | XL | 2XL | 3XL | 4XL | 5XL

Quantity

1

Add to cart

PayPal

Pay Later

More payment options

Details:

- Material: Blended
- Style: Casual
- Pattern Type: Print

Chiccharmy

Information > Shipping > Payment

Contact [redacted] Update

Ship to 111 W Jackson Blvd, Chicago Illinois 60604-1210, United States Update

Method Standard Shipping(7-12 business days) · $7.99 Update

Add a tip

Show your support for the team at Chiccharmy

| 5% | 10% | 15% | None |
|---|---|---|---|
| $1.87 | $3.75 | $5.62 | |

Custom tip Update tip

Payment

All transactions are secure and encrypted.

PayPal PayPal

Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) $37.49

Blue Grey / S

Coupon code Apply

Subtotal $37.49

Shipping $7.99

Total USD $45.48

VA 2-423-353



**Strolling Fashion Trading Limited**
26 March 2026 . Payment

**−$45.48 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *STROLLINGFA STR" on your card statement.

$45.48 USD

**Ship to**

[redacted]
1111 W 35th St 15th floor
none
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1SN29961B8525735N

**Seller info**

Strolling Fashion Trading Limited
+852 46174639
**payment@ootdnova.com**

**Invoice ID**

2407451944157424166715-001

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) | $37.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$45.48 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

032 ootdress.com







VA 2-423-353



**广州佳诚科技发展有限公司**
26 March 2026 . Payment

**−$45.48 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$45.48 USD

**Ship to**

[redacted]
1111 W 35th St 15th floor
none
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

8SM72857E1035371A

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

2407451946499238314025-001

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) | $37.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$45.48 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

033 bohemianplus.com







VA 2-423-353



**广州佳诚科技发展有限公司**
26 March 2026 . Payment

**−$45.48 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$45.48 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

3K081708SN7815258

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

1429734-BOPBUO93830

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) / Blue Gray-S<br>Product ID: HL3942-2-S | $37.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$45.48 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

034 modgodd.com







VA 2-423-353



**广州佳诚科技发展有限公司**
26 March 2026 . Payment

**−$45.48 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$45.48 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1BL816308E988422S

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

1401444197699642421733

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) / Blue Gray-S<br>Product ID: HL3942-2-S | $37.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$45.48 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

035 voguepretty.com







VA 2-423-353



**Strolling Fashion Trading Limited** **−$45.48 USD**
26 March 2026 . Payment

**Paid with**

[redacted] $45.48 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *STROLLINGFA STR" on your card statement.

**Seller info**

Strolling Fashion Trading Limited
+852 46174639
**payment@ootdnova.com**

**Invoice ID**

2286644197710539 095360

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) / Blue Gray-M Product ID: HL3942-2-M | $37.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$45.48 USD** |

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

01S213096V29035 0R

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

036 cloudsjewelry.com

3/26/26, 5:30 AM Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors)




3/26/26, 5:33 AM cloudsjewelry




VA 2-423-353



**深圳优晨教育有限公司**
26 March 2026 . Payment

**−$42.35 USD**

**Paid with**

[redacted] $42.35 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *YOUCHENXVYU" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

63T55338TB9139522

**Seller info**

深圳优晨教育有限公司
+36 25369818
**mereled@outlook.com**

**Invoice ID**

2305981-JG00001320

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) / Blue Gray-M Product ID: HL3942-2-M | $37.49 USD |
| TransactionDiscoun | **- $1.12 USD** |
| Shipping | **$4.99 USD** |
| Handling | **$0.99 USD** |
| **Total** | **$42.35 USD** |

**Need help?**

Case: 1:26-cv-11876 Document #: 13-1 Filed: 09/29/26 Page 75 of 125 PageID #:123

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

## 037 migunica.com

3/26/26, 5:40 AM Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors)




3/26/26, 5:42 AM migunica.com/1735614593747/checkouts/c2c4a7e5b5e3d473f28097850393b165?buy3cence=cart




VA 2-423-353



**广州佳诚科技发展有限公司** **−$45.48 USD**
26 March 2026 . Payment

**Paid with**

[redacted] $45.48 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

9T248485AH0739205

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

2407451546347352669765-001

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) | $37.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$45.48 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

038 plustide.com







VA 2-423-353



**Xi An Hui Xin Gong Chuang Co., Ltd.**
26 March 2026 . Payment

**−$47.83 USD**

**Paid with**

[redacted] $47.83 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *HUIXINGONGCEQMA" on your card statement.

**Ship to**

[redacted]
1111 W 35th St 15th Floor
15th floor
CHICAGO, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

9NF64955NT213230B

**Seller info**

Xi An Hui Xin Gong Chuang Co., Ltd.
+86 13096951063
**ebuytide@gmail.com**

**Invoice ID**

PT2026032654719202386

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) Product ID: HL3942-2-S | $42.99 USD |
| TransactionDiscoun | **- $2.15 USD** |
| Shipping | **$6.99 USD** |
| **Total** | **$47.83 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

039 classylooker.com







VA 2-423-353



**Strolling Fashion Trading Limited** **−$45.48 USD**
26 March 2026 . Payment

**Paid with**

[redacted] $45.48 USD
(VISA Prepaid Card
x-[redacted]
You'll see "PAYPAL
*STROLLINGFA
STR" on your card
statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1Y957666PT852872
X

**Seller info**

Strolling Fashion Trading Limited
+852 46174639
**payment@ootdnova.com**

**Invoice ID**

rAowpoVWO6uvm
HP3tcTCzuisA

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) - Blue Gray / S | $37.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$45.48 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

040 holyprettygal.com

5/27/26, 11:18 PM Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) – Holyprettygal



Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors)

$37.49 USD

Add to cart

5/27/26, 11:21 PM Checkout - Holyprettygal

Holyprettygal

Express checkout

shop PayPal

OR

Contact

[redacted]

Delivery

Country/Region
United States

[redacted] [redacted]

111 W JACKSON BLVD

Apartment, suite, etc. (optional)

chicago | State Illinois | 60604-3589

[redacted]

Shipping method

Standard Shipping (7 to 12 business days) $7.00



Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors)

Subtotal $37.49

Shipping

Total

VA 2-423-353



**Jesse Todd**
28 May 2026 . Authorization

**−$45.48 USD**

**Paid with**

"PPPurchase" $45.48 USD
[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JESSE TODD JESS" on your card statement.

**Ship to**

[redacted]
111 W JACKSON BLVD
[redacted]
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1EG673519S426722M

**Seller info**

Jesse Todd
412-589-5571

**Order summary**

| | |
|---|---|
| Casual Print Patchwork Pocket U Neck Loose Jumpsuits(10 Colors) - Blue Gray / S<br>Product ID: HL3942-2-S | $37.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$45.48 USD** |

041 lilicloth.com







VA 2-423-353



**Lilicloth** **−$29.98 USD**
26 March 2026 . Payment

**Paid with**

[redacted] $29.98 USD
(VISA Prepaid Card
x-[redacted]
You'll see "PAYPAL
*LILICLOTH
L9HVG" on your
card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

49R95947KF86022
5M

**Seller info**

Lilicloth
**support@lilicloth.com**

**Invoice ID**

2407452071486947
367790-001

**Order summary**

| | |
|---|---|
| Women's Short Sleeve T-shirt Summer Brown Abstract Jersey V Neck Holiday Going Out Casual Top | $19.99 USD |
| Shipping | **$9.99 USD** |
| **Total** | **$29.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

042 zolucky.com







VA 2-423-353



**Zolucky**
26 March 2026 . Payment

**−$35.94 USD**

**Paid with**

[redacted] $35.94 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *ZOLVCCA" on your card statement.

**Ship to**

[redacted]
1111 W 35th St 15th floor
Chicago, IL 60609
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

10V785232B059915K

**Seller info**

Zolucky
+86 15711006225
**service@zolucky.com**

**Invoice ID**

HBIIE01441376.2920

**Order summary**

| | |
|---|---|
| Womens Short Sleeve Tshirt Summer Brown Abstract Jersey V Neck Holiday Going Out Casual Top product Product ID: 4507527 | $24.99 USD |
| WorryFree Delivery product | $1.96 USD |

Product ID:
seelworryfree
delivery

| | |
|---|---|
| Amount | **$26.95 USD** |
| Shipping | **$8.99 USD** |
| **Total** | **$35.94 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

043 justfashionnow.com







VA 2-423-353



**lfashion**
26 March 2026 . Payment

**−$37.94 USD**

**Paid with**

[redacted] $37.94 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *LFASDWRE" on your card statement.

**Ship to**

[redacted]
1111 W 35th St 15th floor
Chicago, IL 60609
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5JW26206RG995831H

**Seller info**

lfashion
+86 15711006225
**service@thenotdefined.com**

**Invoice ID**

HBC03854793.2

**Order summary**

| | |
|---|---|
| Women Abstract Short Sleeve Tee Tshirt V Neck Casual Summer Top product Product ID: 12550717 | $24.99 USD |
| WorryFree Delivery product Product ID: seelworryfree delivery | $1.96 USD |
| Amount | **$26.95 USD** |

| | |
|---|---|
| Shipping | **$10.99 USD** |
| **Total** | **$37.94 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

044 exxid.com

3/26/26, 5:53 AM Women Abstract Short Sleeve Tee T-shirt V Neck Casual Summer Top




3/26/26, 5:55 AM exxid




VA 2-423-353



**深圳市天译电子商务有限公司** **−$31.98 USD**
26 March 2026 . Payment

**Paid with**

[redacted] $31.98 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *TIANYIDIANZVJ7N " on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

2N259427XS8042213

**Seller info**

深圳市天译电子商务有限公司
**1517311560@qq.com**

**Invoice ID**

2209977-JGP00000254

**Order summary**

| | |
|---|---|
| Women Abstract Short Sleeve Tee T-shirt V Neck Casual Summer Top / Brown-L(12-14) Product ID: 2187405008406-Brown-L(12-14) | $24.99 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$31.98 USD** |

## Need help?

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

045 anniecloth.com

4/20/26, 5:58 AM Women Abstract V Neck Jersey Short Sleeve Casual Holiday Summer T-shirt | anniecloth




4/20/26, 6:01 AM anniecloth.com/checkout/payment-method/69e550445c538efdbe04b432




VA 2-423-353



**lfashion**
27 May 2026 . Payment

**−$34.98 USD**

**Paid with**

"PPPurchase" $34.98 USD
[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *LFASDWRE" on your card statement.

**Ship to**

[redacted]
111 W JACKSON BLVD
[redacted]
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

3RK175906E617370V

**Seller info**

lfashion
+86 15711006225
**service@thenotdefined.com**

**Invoice ID**

HBOBB00664308.716

**Order summary**

| | |
|---|---|
| Women Abstract V Neck Jersey Short Sleeve Casual Holiday Summer Tshirt commonproduct Product ID: 1483259 | $24.99 USD |
| Shipping | **$9.99 USD** |
| **Total** | **$34.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 November 2026**. You may be **eligible for purchase protection**

046 knowfashionstyle.com







VA 2-423-353



**online shop**
27 May 2026 . Payment

**−$39.33 USD**

**Paid with**

"PPPurchase" $39.33 USD
[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *ONLINE SHOPJ9EJ" on your card statement.

**Ship to**

[redacted]
111 W JACKSON BLVD [redacted]
Chicago, IL 60604-4092
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

52X86277XS534721H

**Seller info**

online shop
**payment@moonosa.com**

**Invoice ID**

Z202605273889969738

**Order summary**

| | |
|---|---|
| K79704-1<br>Product ID: K79704-1-S | $14.49 USD |
| TransactionDiscount | **- $0.46 USD** |
| Shipping | **$25.30 USD** |
| **Total** | **$39.33 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 November 2026**. You may be **eligible for purchase protection**

047 modernicities.com







VA 2-423-353



**John Tiniakos**
26 March 2026 . Payment

**−$42.95 USD**

**Paid with**

[redacted] $42.95 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JOHNTINIAKO JOH" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

9WG840049F144942K

**Seller info**

John Tiniakos
**johntin3@gmail.com**

**Invoice ID**

r58x0VnjStNYgzwAIyyjB2Y9W

**Order summary**

| | |
|---|---|
| Women's Spring Autumn Maxi Dress Ruffles Plus Sizes Sexy Long Sleeve Bohemian Elegant Party Dresses - Lemon Yellow / S | $42.95 USD |
| **Total** | **$42.95 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

048 loushow.com







VA 2-423-353



**深圳优晨教育有限公司** **−$46.77 USD**
26 March 2026 . Payment

**Paid with**

[redacted] $46.77 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *YOUCHENXVYU" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

2HB62268718205331

**Seller info**

深圳优晨教育有限公司
+36 25369818
**mereled@outlook.com**

**Invoice ID**

2225813-JEL00013206

**Order summary**

| | |
|---|---|
| Abstract Marble Art Print Vintage V-Neck Long Sleeve Flowy Midi Dress / A-S Product ID: Abstr-00010875-A-S-001 | $39.99 USD |
| TransactionDiscoun | **- $1.20 USD** |
| Shipping | **$6.99 USD** |
| Handling | **$0.99 USD** |
| **Total** | **$46.77 USD** |

## Need help?

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

049 cozypantsus.com







VA 2-423-353



**cozypantsus**
26 March 2026 . Payment

**−$45.94 USD**

**Paid with**

[redacted] $45.94 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *COZYPANTSUSLY PC" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

05W38007A71270157

**Seller info**

cozypantsus
**saamm15kg@163.com**

**Invoice ID**

rT8yjgupIXRXKcuq4oEafT8P7

**Order summary**

| | |
|---|---|
| Women's Marble Print Golf Skirt - Navy blue / S | $36.95 USD |
| Shipping | **$8.99 USD** |
| **Total** | **$45.94 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

050 streetsangels.com







VA 2-423-353



**Xi An Hui Xin Gong Chuang Co., Ltd.**
26 March 2026 . Payment

**−$31.15 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *HUIXINGONGCEQMA" on your card statement.

$31.15 USD

**Ship to**

[redacted]
1111 W 35th St 15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

7JX99760D64281441

**Seller info**

Xi An Hui Xin Gong Chuang Co., Ltd.
+86 13096951063
**ebuytide@gmail.com**

**Invoice ID**

SA2026032640819201938

**Order summary**

| | |
|---|---|
| Plus Size Boho T-shirt, Women's Plus Graphic Print Short Sleeve Round Neck Medium Stretch T-shirt<br>Product ID: 17592223162074 | $25.16 USD |
| Shipping | **$5.99 USD** |
| **Total** | **$31.15 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

051 fashionmigo.com







VA 2-423-353



**Xi An Hui Xin Gong Chuang Co., Ltd.**
26 March 2026 . Payment

**−$38.99 USD**

---

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *HUIXINGONGCEQMA" on your card statement.

$38.99 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

0SD63192CL8259436

**Seller info**

Xi An Hui Xin Gong Chuang Co., Ltd.
+86 13096951063
**ebuytide@gmail.com**

**Invoice ID**

1235599-fm00001839

**Order summary**

| | |
|---|---|
| Fashion Casual Floral Printed Short Sleeve Loose O-neck T-Shirts / Light Brown-S<br>Product ID: Light Brown S-149675743 | $32.00 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$38.99 USD** |

---

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

052 lilymix.shop







VA 2-423-373



**上海八英里电子商务有限公司**
25 March 2026 . Payment

**−$13.82 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *BAYINGLIDIAE2TL" on your card statement.

$13.82 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

8J0963450R476361U

**Seller info**

上海八英里电子商务有限公司
+86 13964047785
**support@lilymix.shop**

**Invoice ID**

1312636197624944077053

**Order summary**

| | |
|---|---|
| Gold Marble Print Ocean Wave Halter Neck Dress, Elegant Beach Sleeveless Loose Vacation Dress, Women's Clothing / Blue-S(4)<br>Product ID: '17592197483243 | $10.69 USD |
| TransactionDiscount | **- $0.86 USD** |
| Shipping | **$3.99 USD** |
| **Total** | **$13.82 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **21 September 2026**. You may be **eligible for purchase protection**

053 streetally.com







VA 2-423-373



**Xi An Hui Xin Gong Chuang Co., Ltd.** **−$32.73 USD**
25 March 2026 . Payment

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *HUIXINGONGCEQMA" on your card statement.

$32.73 USD

**Ship to**

O O
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

9M0040457D9258742

**Seller info**

Xi An Hui Xin Gong Chuang Co., Ltd.
+86 13096951063
**ebuytide@gmail.com**

**Invoice ID**

ST2026032544619196255

**Order summary**

| | |
|---|---|
| Gold Marble Print Ocean Wave Halter Neck Dress, Elegant Beach Sleeveless Loose Vacation Dress, Women's Clothing Product ID: 17592197483243 | $28.15 USD |
| TransactionDiscount | **- $1.41 USD** |
| Shipping | **$5.99 USD** |
| **Total** | **$32.73 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **21 September 2026**. You may be **eligible for purchase protection**

054 searsqueen.com







VA 2-423-373



**Payment.com**
25 March 2026 . Payment

**−$38.98 USD**

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *PAYMENT COMJERQ" on your card statement.

$38.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5E717728B21935935

**Seller info**

Payment.com
**PaymentHui@qianruimail.com**

**Invoice ID**

381107-SQ00080390

**Order summary**

| | |
|---|---|
| Women's Gray Marble Splash Cold Shoulder Mini Dress / Gray-S:Bust 34.65"/88cm Product ID: YP35243_GR_S | $28.99 USD |
| Shipping | **$9.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **21 September 2026**. You may be **eligible for purchase protection**

055 kuakuamall.com







VA 2-423-373



**Jiangsu Kaixincheng Import and Export Trading Co., Ltd.** **−$32.00 USD**

18 May 2026 . Payment

**Paid with**

VISA Debit Card x-[redacted] $32.00 USD

You'll see "PAYPAL *GSUKAIXINCHEANE" on your card statement.

**Ship to**

Millward Vic
1111 W 35TH ST
15TH FLOOR
CHICAGO, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

3AD376491X775343L

**Seller info**

Jiangsu Kaixincheng Import and Export Trading Co., Ltd.
+86 17895150797
**chenxiaoping33445566@outlook.com**

**Invoice ID**

868160-00012197

**Order summary**

| | |
|---|---|
| Kuakuamall Women Summer Beach Dress Ink Print Necklace Neck Dress Sleeveless Splice Dresses Fashion Robe Casual Elegant Weddin | $32.00 USD |
| **Total** | **$32.00 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **14 November 2026**. You may be **eligible for purchase protection**

056 sividecor.com







VA 2-423-375



**Guangzhou Yunrui Technology Service Co., Ltd** **−$38.99 USD**
25 March 2026 . Payment

**Paid with**

[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *YUNRUITZR9S" on your card statement.

$38.99 USD

**Ship to**

[redacted]
1111 W 35th St
15th Floor
Chicago, IL 60609
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

137825162N6801924

**Seller info**

Guangzhou Yunrui Technology Service Co., Ltd
+86 13549861550
**yunrui@yunrui.org**

**Invoice ID**

SIVIDECORE325244078738
829

**Order summary**

| | |
|---|---|
| Colorful Ink Splash Abstract Wall Art Pink Gray Blue Subtle Hues Fine Art Prints Modern Nordic Marble Posters For Living Roo...<br>Product ID: pid_251151 | $18.99 USD |
| Shipping | **$20.00 USD** |
| **Total** | **$38.99 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **21 September 2026**. You may be **eligible for purchase protection**