**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ELIZABETH KARLSON,

Plaintiff,

Case No.: 1:26-cv-11876

v.

Judge Manish S. Shah

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

Defendants.

**ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY**

THIS CAUSE being before the Court on Plaintiff ELIZABETH KARLSON's ("Karlson" or "Plaintiff") Motion for Expedited Discovery (the "Motion") against the Partnerships and Unincorporated Associations ("Defendants") identified in Schedule A to the Complaint and attached hereto (the "Defendant Internet Stores"), and this Court having reviewed the evidence before it hereby GRANTS Plaintiff's Motion as follows.

1. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Walmart Inc. ("Walmart"), and PayPal, Inc. ("PayPal") (the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. Defendants' financial accounts, including all associated sales of products using the Elizabeth Karlson works, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores and Defendants' financial accounts, including Defendants' sales and listing history for products using the Elizabeth Karlson works; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, Walmart, PayPal, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

October 2, 2026

Manish S. Shah
United States District Judge

**Schedule A**

| No. | Defendants |
|---|---|
| 1 | Feng Yang Company |
| 2 | FEILUMAOYI |
| 3 | BlazeLink |
| 4 | Cenjine |
| 5 | Valkyee |
| 6 | QZXYUAN |
| 7 | EDSFQ |
| 8 | DPKLAD |
| 9 | Yuquiin |
| 10 | ANYI1106 |
| 11 | Lomonshop |
| 12 | Ruziyoog Online Store |
| 13 | ★★★★★Yapyy(6-12 Day Delivery) |
| 14 | usRaphin |
| 15 | SZ Kistore |
| 16 | YXSMYXGS |
| 17 | HaoZhongZhaungShiPinDian |
| 18 | Sankoly |
| 19 | Zeaye US |
| 20 | AXVI |
| 21 | YrdoOneline |
| 22 | ESTIVAUX |
| 23 | chunmanju official |
| 24 | MMJYEL |
| 25 | trendynewlook.com |
| 26 | infocernch.com |
| 27 | dressupx.com |
| 28 | baeswimsuit.com |
| 29 | ootdstyle.com |
| 30 | sheenlook.com |
| 31 | chiccharmy.com |
| 32 | ootdress.com |
| 33 | bohemianplus.com |
| 34 | modgodd.com |
| 35 | voguepretty.com |
| 36 | cloudsjewelry.com |
| 37 | migunica.com |
| 38 | plustide.com |
| 39 | classylooker.com |
| 40 | holyprettygal.com |

| | |
|---|---|
| 41 | lilicloth.com |
| 42 | zolucky.com |
| 43 | justfashionnow.com |
| 44 | exxid.com |
| 45 | anniecloth.com |
| 46 | knowfashionstyle.com |
| 47 | modernicities.com |
| 48 | loushow.com |
| 49 | cozypantsus.com |
| 50 | streetsangels.com |
| 51 | fashionmigo.com |
| 52 | lilymix.shop |
| 53 | streetally.com |
| 54 | searsqueen.com |
| 55 | kuakuamall.com |
| 56 | sividecor.com |