**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ELIZABETH KARLSON,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11876

Judge Manish S. Shah

Magistrate Judge Karyn L. Bass Ehler

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION ORDER**

Plaintiff, ELIZABETH KARLSON ("Plaintiff"), seeks entry of a preliminary injunction order, including an injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing Elizabeth Karlson Products, an asset restraint, and authorization to notify Defendants of the proceedings by email and/or electronic publication in an action arising out of 17 U.S.C. § 101 *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

DATED: October 7, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.