**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ELIZABETH KARLSON,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11876

Judge Manish S. Shah

Magistrate Judge Karyn L. Bass Ehler

**DECLARATION OF ELIZABETH KARLSON**

I, Elizabeth Karlson, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates all the Elizabeth Karlson Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am an Illinois-based, contemporary abstract artist who uses alcohol inks to create paintings full of color, texture, and calming energy. Colorful, moody, calm, or vibrant, the colors of each painting interact to create an ethereal scene and evoke a distinct set of emotions for every viewer, making the interaction with my art a personal journey. I have always loved art. I have been drawing since I could hold a crayon in my hands, and I studied studio arts and art history in college. In 2017, I discovered alcohol inks, a medium that awakened my fire and desire to pursue abstract art and find my own style. My goal is to create moments of peace and happiness throughout my art. Whether it is a mural that

transforms a space or a small painting that brings a touch of tranquility to someone's home, I strive to make art that resonates, providing a serene escape from everyday stressors. My art has been featured in a number of exhibitions and publications in the United States and Europe.

4. I am the official source of products associated with the Elizabeth Karlson Works (the "Elizabeth Karlson Products"):




https://www.redbubble.com/people/LSchulz19/shop

5. I am the owner of the copyright registrations for the Elizabeth Karlson copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-423-353; VA 2-423-373; and VA 2-423-375 (the "Elizabeth Karlson Works"). True and correct copies of the copyright registrations for the Elizabeth Karlson Works are attached as **Exhibit 1.**

6. I control the quality of all materials and content that feature the distinctive Elizabeth Karlson Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing and otherwise promoting the Elizabeth Karlson Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Elizabeth Karlson Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Elizabeth Karlson Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Elizabeth Karlson Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Elizabeth Karlson Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that Infringing Elizabeth Karlson Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Elizabeth Karlson Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Elizabeth Karlson copyrighted material because infringers take away my ability to control the nature and quality of products bearing the Elizabeth Karlson Works and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Elizabeth Karlson Works are meant to be exclusive rights.

13. The marketing and distribution of the Elizabeth Karlson Works and derivative works are aimed at growing and sustaining sales. When infringers use the Elizabeth Karlson Works without authorization, the exclusivity associated with the Elizabeth Karlson Works, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Elizabeth Karlson Works create the impression that the copyright rights associated with the Elizabeth Karlson Works may be infringed with impunity. The Elizabeth Karlson Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Elizabeth Karlson Works on goods without

authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Elizabeth Karlson Works cannot be compensated for financially since it erodes my ability to monetize the Elizabeth Karlson Works.

15. I will suffer immediate and irreparable injury, loss, or damage if preliminary injunctive relief is not granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2026

Elizabeth Karlson