Exhibit 1

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-423-353**
**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title

**Title of Work:** Shimmering Chaos

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 23, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
  **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions

**Name:** Elizabeth Karlson
**Email:** elizabethkarlsonart@gmail.com
**Address:** 232 N State St.
Poplar Grove, IL 45344 United States

## Certification

**Name:** David Denholm
**Date:** November 08, 2024

**Applicant's Tracking Number**: EK2024110809

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding author information: dba added from Note to Copyright Office.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-423-373**
**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title

**Title of Work:** Blush, Payne's Gray and Gold Metallic Abstract

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 26, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
  **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions

**Name:** Elizabeth Karlson
**Email:** elizabethkarlsonart@gmail.com
**Address:** 232 N State St.
Poplar Grove, IL 45344 United States

## Certification

**Name:** David Denholm
**Date:** November 08, 2024

**Applicant's Tracking Number:** EK2024110804

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding author information: dba added from Note to Copyright Office.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-423-375**
**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title

**Title of Work:** Blush and Payne's Gray Flowing Abstract

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 16, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
  **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions

**Name:** Elizabeth Karlson
**Email:** elizabethkarlsonart@gmail.com
**Address:** 232 N State St.
Poplar Grove, IL 45344 United States

## Certification

**Name:** David Denholm
**Date:** November 08, 2024

**Applicant's Tracking Number**: EK2024110802

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding author information: dba added from Note to Copyright Office.

