# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: ELIZABETH KARLSON,
v.
THE PARTNERSHIP &

Case Number: 1:26-cv-11876

An appearance is hereby filed by the undersigned as attorney for:

SZ KISTORE, LOMONSHOP and usRAPHIN

Attorney name (type or print): Carlos A. Vera

Firm: JOHNSON & BELL, LTD.

Street address: 33 W. Monroe, Suite 2700

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6310393
(See item 3 in instructions)

Telephone Number: (312)372-0770

Email Address: verac@jbltd.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 30, 2026

Attorney signature: S/ Carlos A. Vera
(Use electronic signature if the appearance form is filed electronically.)