**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ELIZABETH KARLSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-11876 |
| v. | ) | |
| | ) | Judge Manish S. Shah |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate Judge Karyn L. Bass Ehler |
| IDENTIFIED ON SCHEDULE "A," | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SZ KISTORE'S NOTIFICATION OF AFFILIATES PURSUANT TO LOCAL RULE 3.2 AND FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Defendant SZ Kistore (Defendant No. 15 on Schedule "A" to the Complaint) ("Defendant"), by its undersigned counsel, appearing specially and without waiving any defense or objection, including insufficient process, insufficient service of process, and lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2), (4), and (5), submits the following Notification of Affiliates pursuant to Local Rule 3.2 and Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1:

1. **Identity of Defendant.** The online storefront identified as "SZ Kistore" on Schedule "A" to the Complaint [Amazon Seller ID: A1L5A92CWJBK7B] is operated by Hong Kong Yunqi Zhihui Technology Co., Limited (香港雲啟智匯科技有限公司), a private company limited by shares incorporated in the Hong Kong Special Administrative Region under the Companies Ordinance (Cap. 622 of the Laws of Hong Kong).

2. **Affiliates Under Local Rule 3.2.** After a diligent review, Defendant identifies the following affiliate, as defined in Local Rule 3.2, owning, directly or indirectly, 5% or more of

Defendant: Li Zihao (李自豪), an individual. Defendant has identified no other individual or entity that owns, directly or indirectly (through ownership of one or more other entities), 5% or more of Defendant.

3. **Disclosure Under Fed. R. Civ. P. 7.1(a)(1).** Hong Kong Yunqi Zhihui Technology Co., Limited has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

4. **Supplementation.** Defendant will file a supplemental notification within 30 days of any change in the information set forth above, as required by Local Rule 3.2.

Dated: November 24, 2026

Respectfully submitted,

*/s/ Anthony Biller*
Anthony J. Biller*
Envisage Law
P.O. Box 30099
Raleigh, NC 27622
919-268-8998
ajbiller@envisage.law
*PHV pending

Carlos A. Vera
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
Phone: (312) 372-0770
Facsimile: (312) 372-9818
verac@jbltd.com
*Local Counsel*

Counsel for Defendants Lomonshop, usRaphin, and SZ Kistore

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Anthony Biller*
Anthony J. Biller